Case 7:14-cv-00939 Document 19 Filed in TXSD on 06/02/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO PIZANO | § | |
|    Petitioner | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:14-CV-939 |
| | § | |
| WILLIAM STEPHENS, | § | |
| DIRECTOR, TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISION | | |
|    Respondent | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Petitioner's application for relief pursuant to 28 U.S.C. § 2254, which motion had been referred to the Magistrate Court for a report and recommendation. On April 26, 2016, the Magistrate Court issued the Report and Recommendation (Dkt. #17), recommending that Petitioner's claims under 28 U.S.C. § 2254 be denied and dismissed with prejudice and that a Certificate of Appealability be denied upon the issuance of this Court's final order. The time for filing objections has passed, and no objections have been filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error.[1] Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Respondent's Motion for Summary Judgment

---

[1] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Douglas v. United Services Auto. Ass'n, 79 F.3d 1415, 1420 (5th Cir. 1996)(quoting Fed. R. Civ. P.72(b) advisory committee's note (1983)) *superceded by statute on other grounds by* 28 U.S.C. § 636(b)(1), *as stated in* ACS Recovery Servs., Inc v. Griffin, No. 11-40446, 2012 WL 1071216, at *7 n.5 (5th Cir. April 2, 2012).

(Dkt. Entry No. 16) is **GRANTED** for the reasons explained in the report, Petitioner's claims under 28 U.S.C. § 2254 are **DENIED** and **DISMISSED** with prejudice for the reasons explained in the report.  A Certificate of Appealability is **DENIED**.

    SO ORDERED this 2nd day of June, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge